IAN SIMMONS (*pro hac vice* forthcoming)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:     +1 202 383 5300
Facsimile:      +1 202 383 5414

STEPHEN MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071
Telephone:     +1 213 430 6000
Facsimile:      +1 213 430 6407

ELIZABETH MCKEEN (S.B. #216690)
emckeen@omm.com
DANIELLE MORRIS (S.B. #246295)
dmorris@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Dr.
17th Floor
Newport Beach, California 92660
Telephone:     +1 949 823 6900
Facsimile:      +1 949 823 6994

*Attorneys for Defendant TransUnion*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DR. DERRICK ADAMS, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., and TRANSUNION,<br><br>Defendants. | Case No. 2:23-CV-01773-DJC-JDP<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TRANSUNION TO RESPOND TO THE COMPLAINT; ORDER**<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Complaint Filed: August 22, 2023 |

## STIPULATION AND ORDER

Pursuant to Eastern District of California Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, Plaintiff Dr. Derrick Adams and Defendant TransUnion, by and through their undersigned counsel, submit this Stipulation Extending Time For Defendant TransUnion To Respond To the Complaint (the "Stipulation"):

WHEREAS Plaintiff filed the Complaint in the above-captioned action on August 22, 2023, and served the summons and Complaint on TransUnion on August 23 (ECF Nos. 1, 5);

WHEREAS TransUnion's current deadline to respond to the Complaint is September 13, 2023 (*see* Fed. R. Civ. P. 12(1)(A)(i));

WHEREAS reasonable time was required for TransUnion to identify and retain counsel to respond to Plaintiff's allegations;

WHEREAS good cause supports granting this extension because recently retained counsel require reasonable time to respond to the Complaint on behalf of TransUnion;

WHEREAS TransUnion anticipates that the parties, including other Defendants, will require time to negotiate and submit to this Court an agreed, uniform schedule by which Defendants will brief motion(s) to dismiss or otherwise respond to the Complaint;

WHEREAS Plaintiff and TransUnion have agreed to extend TransUnion's deadline to respond to the Complaint by twenty-eight (28) days, to October 11, 2023;

WHEREAS no scheduling order has been entered in this matter, this Stipulation will not alter the date of any other deadline, and this is the parties' first request for an extension of time;

WHEREAS this Stipulation is without prejudice to any available defenses.

NOW, THEREFORE, pursuant to Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, it is hereby stipulated by and between Plaintiff and TransUnion and through their counsel of record that TransUnion shall have an additional twenty-eight (28) days, until October 11, 2023, within which to respond to the Complaint.

| | | |
|---|---|---|
| 1 | Dated:  September 8, 2023 | By: /s/ *Stephen McIntyre* |
| 2 | | Stephen McIntyre |
| 3 | | Ian Simmons (*pro hac vice* forthcoming) |
| | | O'MELVENY & MYERS LLP |
| 4 | | 1625 Eye Street, NW |
| | | Washington, D.C. 20006 |
| 5 | | Telephone: +1 202 383 5300 |
| | | Facsimile: +1 202 383 5414 |
| 6 | | Email: isimmons@omm.com |
| 7 | | Stephen McIntyre |
| | | O'MELVENY & MYERS LLP |
| 8 | | 400 South Hope Street |
| | | 18th Floor |
| 9 | | Los Angeles, California 90071 |
| | | Telephone: +1 213 430 6000 |
| 10 | | Facsimile: +1 213 430 6407 |
| | | Email: smcintyre@omm.com |
| 11 | | Elizabeth McKeen |
| 12 | | Danielle Morris |
| | | O'MELVENY & MYERS LLP |
| 13 | | 610 Newport Center Drive |
| | | 17th Floor |
| 14 | | Newport Beach, California 92660 |
| | | Telephone: +1 949 823 6900 |
| 15 | | Facsimile: +1 949 823 6994 |
| | | Email: emckeen@omm.com |
| 16 | | Email: dmorris@omm.com |
| 17 | | *Attorneys for Defendant TransUnion* |
| 18 | | |
| 19 | Dated:  September 8, 2023 | By: /s/ *Bennett Rawicki* (as authorized on September 8, 2023) |
| 20 | | Michael Merriman |
| 21 | | HILGERS GRABEN PLLC |
| | | 655 West Broadway, Suite 900 |
| 22 | | San Diego, CA 92101 |
| | | Telephone: (619) 369-6232 |
| 23 | | Email: mmerriman@hilgersgraben.com |
| 24 | | Bennett Rawicki |
| | | HILGERS GRABEN PLLC |
| 25 | | 7859 Walnut Hill Lane, Suite 335 |
| | | Dallas, TX 75230 |
| 26 | | Telephone: (469) 640-6842 |
| | | Email: brawicki@hilgersgraben.com |
| 27 | | *Attorneys for Plaintiff Dr. Adams* |
| 28 | | |

**IT IS SO ORDERED.**

Dated: September 8, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE