

United States District Court
Eastern District of California

| Dr. Derrick Adams | Case Number: 2:23-cv-01773-DJC-JDP |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| EXPERIAN INFO. SOLUTIONS, INC., et al., | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ian Simmons hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant TransUnion

On 11/05/1993 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/11/2023            Signature of Applicant: /s/ Ian Simmons

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ian Simmons |
| Law Firm Name: | O'Melveny & Myers LLP |
| Address: | 1625 Eye Street, NW |
| City: | Washington  State: DC  Zip: 20006 |
| Phone Number w/Area Code: | (202) 383-5300 |
| City and State of Residence: | Chevy Chase, MD |
| Primary E-mail Address: | isimmons@omm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Stephen McIntyre |
| Law Firm Name: | O'Melveny & Myers LLP |
| Address: | 400 South Hope Street |
| | 18th Floor |
| City: | Los Angeles  State: CA  Zip: 90071 |
| Phone Number w/Area Code: | (213) 430-6000  Bar # 274481 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 11, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE