IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

STEPHEN MCINTYRE (S.B. #274481)
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

ELIZABETH MCKEEN (S.B. #216690)
emckeen@omm.com
DANIELLE MORRIS (S.B. #246295)
dmorris@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Dr.
17th Floor
Newport Beach, California 92660
Telephone: +1 949 823 6900
Facsimile: +1 949 823 6994

*Attorneys for Defendant*
*TransUnion*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DR. DERRICK ADAMS, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., and TRANSUNION,<br><br>Defendants. | Case No. 2:23-CV-01773-DJC-JDP<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Complaint Filed: August 22, 2023 |

STIPULATION AND ORDER

Pursuant to Eastern District of California Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, Plaintiff Dr. Derrick Adams and Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Inc. ("Equifax"), and TransUnion (collectively, "Defendants"), by and through their undersigned counsel, submit this Stipulation Extending Time to Respond to Complaint (the "Stipulation"):

WHEREAS Plaintiff filed the Complaint in the above-captioned action on August 22, 2023;

WHEREAS Equifax's current deadline to respond to the Complaint is September 18, 2023; Experian's current deadline to respond to the Complaint is September 19, 2023; and TransUnion's current deadline to respond to the Complaint is October 11, 2023[1];

WHEREAS reasonable time was required for Defendants to identify and retain counsel to respond to Plaintiff's allegations;

WHEREAS Plaintiff and Defendants have agreed to extend Defendants' time to respond to the Complaint until November 2, 2023;

WHEREAS good cause supports extending Defendants' time for responding to the Complaint to November 2, 2023 because recently retained counsel require reasonable time to respond on behalf of Defendants; an extension will permit the parties to confer regarding the bases for Defendants' contemplated motion(s) to dismiss and explore avenues for narrowing the issues in dispute; and setting a uniform response deadline will promote coordination and efficiency in briefing Defendants' contemplated motion(s) to dismiss;

WHEREAS no scheduling order has been entered in this matter; this Stipulation will not alter the date of any deadline other than Defendants' time for responding to the Complaint; and the only extension of time the Court has yet granted was the stipulation to extend TransUnion's initial time for responding to the Complaint (Dkt. 13)[2]; and

---

[1] TransUnion's initial deadline to respond to the Complaint was September 13, 2023. Dkt. 5. Plaintiff and TransUnion stipulated to extend TransUnion's time to respond to the Complaint to October 11, 2023. Dkt. 13. On September 11, 2023, this Court granted that stipulation. Dkt. 14.

[2] The parties submitted a stipulation on September 14, 2023 requesting that the Court set an agreed-upon briefing schedule on Defendants' anticipated motion(s) to dismiss. Dkt. 19. On

1 | WHEREAS this Stipulation is without prejudice to any available defenses.

NOW, THEREFORE, pursuant to Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, it is hereby stipulated by and between Plaintiff and Defendants and through their counsel of record that Defendants' time for responding to the Complaint is extended to November 2, 2023.

**IT IS SO ORDERED.**

Dated: September 18, 2023         /s/ Daniel J. Calabretta
                                  _____
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

---

September 15, 2023, the Court's courtroom deputy informed the parties by email that "a motion must be filed and properly noticed for hearing before parties may stipulate to a briefing schedule," and that, accordingly, the Court would "disregard the filing." The parties submit this Stipulation to correct and replace the September 14, 2023 stipulation.

|  |  |
|---|---|
| Dated: September 18, 2023 | By: /s/ *Stephen McIntyre* <br> Stephen McIntyre <br><br> Ian Simmons <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, NW <br> Washington, D.C. 20006 <br> Telephone:  +1 202 383 5300 <br> Facsimile:  +1 202 383 5414 <br> Email:  isimmons@omm.com <br><br> Stephen McIntyre <br> O'MELVENY & MYERS LLP <br> 400 South Hope Street <br> 18th Floor <br> Los Angeles, California 90071 <br> Telephone:  +1 213 430 6000 <br> Facsimile:  +1 213 430 6407 <br> Email:  smcintyre@omm.com <br><br> Elizabeth McKeen <br> Danielle Morris <br> O'MELVENY & MYERS LLP <br> 610 Newport Center Drive <br> 17th Floor <br> Newport Beach, California 92660 <br> Telephone:  +1 949 823 6900 <br> Facsimile:  +1 949 823 6994 <br> Email:  emckeen@omm.com <br> Email:  dmorris@omm.com <br><br> *Attorneys for Defendant TransUnion* |

| | | |
|---|---|---|
| Dated: September 18, 2023 | By: | /s/ *Jeremy Ostrander* (as authorized Sept. 18, 2023) |

Heather M. Burke (S.B. #284100)
Jeremy Ostrander (S.B. #233489)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, California 94306
Telephone:    +1 650 213 0300
Facsimile:    +1 650 213 8158
Email:        hburke@whitecase.com
Email:        jostrander@whitecase.com

Robert Milne (*pro hac vice* forthcoming)
Jack Pace (*pro hac vice* forthcoming)
Bryan Gant (*pro hac vice* forthcoming)
Kathryn Swisher (*pro hac vice* forthcoming)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:    +1 212 819 8200
Facsimile:    +1 212 354 8113
Email:        rmilne@whitecase.com
Email:        jpace@whitecase.com
Email:        bgant@whitecase.com
Email:        kathryn.swisher@whitecase.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

| | | |
|---|---|---|
| 1 | Dated: September 18, 2023 | By: /s/ *Greg Scott* (as authorized Sept. 18, 2023) |

Jeffrey S. Spigel (*pro hac vice* forthcoming)
Christopher Yook (*pro hac vice* forthcoming)
Emily Marsteller (*pro hac vice* forthcoming)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:    +1 202 737 0500
Facsimile:    +1 202 626 3737
Email:        jspigel@kslaw.com
Email:        cyook@kslaw.com
Email:        emarsteller@kslaw.com

Greg Scott (S.B. #142413)
KING & SPALDING LLP
621 Capitol Mall
Suite 1500
Sacramento, California 95814
Telephone:    +1 916 321 4818
Facsimile:    +1 916 321 4900
Email: mscott@kslaw.com

*Attorneys for Defendant Equifax, Inc.*

Dated: September 18, 2023                By: /s/ *Bennett Rawicki* (as authorized Sept. 17, 2023)

Michael Merriman
HILGERS GRABEN PLLC
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone:    (619) 369-6232
Email:  mmerriman@hilgersgraben.com

Bennett Rawicki (*pro hac vice*)
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone:    (469) 640-6842
Email:  brawicki@hilgersgraben.com

*Attorneys for Plaintiff Dr. Adams*