

# United States District Court
## Eastern District of California

| Adams |
|---|

Plaintiff(s)

V.

| Experian Information Solutions, Inc. et. al |
|---|

Defendant(s)

Case Number: | 2:23-cv-01773 |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jack E. Pace III hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Experian Information Solutions, Inc.

On 01/11/1999 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/06/2023

Signature of Applicant: /s/ Jack E. Pace III

**Pro Hac Vice Attorney**

Applicant's Name: Jack E. Pace III

Law Firm Name: White & Case LLP

Address: 1221 Avenue of the Americas

City: New York City        State: NY    Zip: 10020

Phone Number w/Area Code: (212) 819-8520

City and State of Residence: New York, NY

Primary E-mail Address: jpace@whitecase.com

Secondary E-mail Address: mco@whitecase.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Heather Burke

Law Firm Name: White & Case, LLP

Address: 2 Palo Alto Square, Suite 900

3000 El Camino Real

City: Palo Alto        State: CA    Zip: 94306-2109

Phone Number w/Area Code: (650) 213-0353        Bar # 284100

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  October 6, 2023          /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE