HILGERS GRABEN PLLC
Michael Merriman (SBN 234663)
mmerriman@hilgersgraben.com
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232

Bennett Rawicki (*pro hac vice*)
brawicki@hilgersgraben.com
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: (469) 640-6842

*Attorneys for the Plaintiff
and the Proposed Classes*

Heather M. Burke (SBN 284100)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
hburke@whitecase.com

*Attorney for Defendant
Experian Information Solutions, Inc.*

[*Additional attorneys on signature page*]

Stephen McIntyre (SBN 274481)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
smcintyre@omm.com

*Attorney for Defendant TransUnion*

McGregor W. Scott (SBN 142413)
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4818
Facsimile: (916) 321-4900
mscott@kslaw.com

*Attorney for Defendant Equifax Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. DERRICK ADAMS, on behalf of himself and those similarly situated,<br><br>                Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., AND TRANSUNION,<br><br>                Defendants. | No. 2:23-CV-01773-DJC-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Hearing:  February 29, 2024<br>Time:     1:30 PM<br>Place:    Robert T. Matsui<br>          U.S. Courthouse<br>          Courtroom 10<br>          501 I Street<br>          Sacramento, CA 95814<br>Judge:    Hon. Daniel J. Calabretta |

**STIPULATION AND ORDER**

Pursuant to Eastern District of California Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, Plaintiff Dr. Derrick Adams and Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Inc. ("Equifax"), and TransUnion (collectively, "Defendants"), by and through their undersigned counsel, submit this Stipulation and [Proposed] Order for Extension of Time for the Motion to Dismiss Briefing Schedule:

WHEREAS Plaintiff filed the Complaint in the above-captioned action on August 22, 2023;

WHEREAS on September 19, 2023, the Court granted Defendants' request to extend the time to respond to Plaintiff's Complaint to November 2, 2023 (Doc. 21);

WHEREAS Defendants filed their Motion to Dismiss Plaintiff's Complaint on November 2, 2023 (Doc. 40);

WHEREAS, according to Local Rule 230(c) and 230(d), Plaintiff's opposition to Defendants' Motion to Dismiss is currently due on November 16, 2023, and Defendants' reply in support of that motion is currently due November 27, 2023;

WHEREAS Plaintiff and Defendants have agreed that Plaintiff would have 45 days to respond to Defendants' Motion to Dismiss (December 18, 2023), and Defendants would have 21 days to reply to that response (January 8, 2024);

WHEREAS no scheduling order has been entered in this matter and this requested extension was incorporated by the Defendants into the scheduling of the hearing on the Motion to Dismiss, currently scheduled for February 29, 2024;

WHEREAS the Court has not before granted an extension to Plaintiff in this case;

WHEREAS good cause supports extending the Parties' time for responding and replying to the Motion to Dismiss, to provide time for the Parties to do so efficiently and thoroughly;

WHEREAS this Stipulation is without prejudice to any available actions or

1  defenses.

2        NOW, THEREFORE, pursuant to Local Rules 143 and 144 and this Court's
3  Standing Order in Civil Actions, it is hereby stipulated by and between Plaintiff and
4  Defendants and through their counsel of record that Plaintiff's time to respond to
5  Defendants' Motion to Dismiss is extended to December 18, 2023, and Defendants' time
6  to reply to that response is January 8, 2024.

| | | |
|---|---|---|
| 1 | Dated: November 9, 2023 | By: /s/ *Michael Merriman*_____ |
| 2 | | Michael Merriman (SBN 234663) |
| | | HILGERS GRABEN PLLC |
| 3 | | 655 West Broadway, Suite 900 |
| | | San Diego, CA 92101 |
| 4 | | Telephone:    (619) 369-6232 |
| | | Email:  mmerriman@hilgersgraben.com |
| 5 | | |
| | | Bennett Rawicki (*pro hac vice*) |
| 6 | | HILGERS GRABEN PLLC |
| | | 7859 Walnut Hill Lane, Suite 335 |
| 7 | | Dallas, TX 75230 |
| | | Telephone:    (469) 640-6842 |
| 8 | | Email:  brawicki@hilgersgraben.com |
| 9 | | *Attorneys for Plaintiff Dr. Adams and the Proposed Classes* |
| 10 | | |
| 11 | Dated:  November 8, 2023 | By: /s/ *Stephen McIntyre* (as authorized November 8, 2023) |
| 12 | | |
| 13 | | Ian Simmons (*pro hac vice*) |
| | | O'MELVENY & MYERS LLP |
| 14 | | 1625 Eye Street, NW |
| | | Washington, D.C. 20006 |
| 15 | | Telephone:    +1 202 383 5300 |
| | | Facsimile:    +1 202 383 5414 |
| 16 | | Email:  isimmons@omm.com |
| 17 | | Stephen McIntyre (SBN 274481) |
| | | O'MELVENY & MYERS LLP |
| 18 | | 400 South Hope Street |
| | | 18th Floor |
| 19 | | Los Angeles, California 90071 |
| | | Telephone:    +1 213 430 6000 |
| 20 | | Facsimile:    +1 213 430 6407 |
| | | Email:  smcintyre@omm.com |
| 21 | | Elizabeth McKeen (SBN 216690) |
| | | Danielle Morris (SBN 246295) |
| 22 | | O'MELVENY & MYERS LLP |
| | | 610 Newport Center Drive |
| 23 | | 17th Floor |
| | | Newport Beach, California 92660 |
| 24 | | Telephone:    +1 949 823 6900 |
| | | Facsimile:    +1 949 823 6994 |
| 25 | | Email:  emckeen@omm.com |
| | | Email:  dmorris@omm.com |
| 26 | | |
| | | *Attorneys for Defendant TransUnion* |
| 27 | | |
| 28 | | |

Dated: November 8, 2023

By: /s/ *Heather M. Burke* (as authorized November 8, 2023)

Heather M. Burke (S.B. 284100)
Jeremy Ostrander (S.B. 233489)
**WHITE & CASE**LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, California 94306
Telephone:    +1 650 213 0300
Facsimile:    +1 650 213 8158
Email:  hburke@whitecase.com
Email:  jostrander@whitecase.com

Robert Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan Gant (*pro hac vice*)
Kathryn Swisher (*pro hac vice*)
**WHITE & CASE**LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:    +1 212 819 8200
Facsimile:    +1 212 354 8113
Email:  rmilne@whitecase.com
Email:  jpace@whitecase.com
Email:  bgant@whitecase.com
Email:  kathryn.swisher@whitecase.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

| | | |
|---|---|---|
| 1 | Dated: November 8, 2023 | By: /s/ *McGregor W. Scott* (as authorized November 8, 2023) |

McGregor W. Scott (S.B. # 142413)
KING & SPALDING LLP
621 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:     +1 916 321 4818
Facsimile:      +1 916 321 4900
Email: mscott@kslaw.com

Jeffrey S. Spigel (*pro hac vice*)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:     +1 202 737 0500
Facsimile:      +1 202 626 3737
Email: jspigel@kslaw.com
Email: cyook@kslaw.com
Email: emarsteller@kslaw.com

*Attorneys for Defendant Equifax, Inc.*

**IT IS SO ORDERED.**

Dated:  November 9, 2023            /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE