IAN SIMMONS (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:    +1 202 383 5300
Facsimile:    +1 202 383 5414

ELIZABETH MCKEEN (S.B. #216690)
DANIELLE MORRIS (S.B. #246295)
STEPHEN MCINTYRE (S.B. #274481)
O'MELVENY & MYERS LLP
610 Newport Center Dr.
17th Floor
Newport Beach, California 92660
Telephone:    +1 949 823 6900
Facsimile:    +1 949 823 6994

*Attorneys for Defendant*
*TransUnion*

Bennett Rawicki (*pro hac vice*)
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: (469) 640-6842
Email: brawicki@hilgersgraben.com

*Counsel for the Plaintiffs and the Proposed Classes*

Robert Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan Gant (*pro hac vice*)
Kathryn Swisher (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:    +1 212 819 8200
Facsimile:    +1 212 354 8113

*Attorneys for Defendant Experian*
*Information Solutions, Inc.*

Jeffrey S. Spigel (*pro hac vice*)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:    +1 202 737 0500
Facsimile:    +1 202 626 3737

*Attorneys for Defendant Equifax, Inc.*

[Additional counsel in signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DR. DERRICK ADAMS AND CAPE EMERGENCY PHYSICIANS, P.A., on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., and TRANSUNION,<br><br>Defendants. | Case No. 2:23-CV-01773-DJC-JDP<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Complaint Filed: August 22, 2023<br>FAC Filed: November 22, 2023 |

<u>STIPULATION AND ORDER</u>

Pursuant to Eastern District of California Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, Plaintiffs Dr. Derrick Adams and Cape Emergency Physicians, P.A. (collectively, "Plaintiffs"), and Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Inc. ("Equifax"), and TransUnion (collectively, "Defendants"), by and through their undersigned counsel, submit this Stipulation Extending Time to Respond to First Amended Complaint (the "Stipulation"):

WHEREAS Plaintiff Dr. Adams filed the initial Complaint in the above-captioned action on August 22, 2023 (Dkt. 1);

WHEREAS Defendants filed a motion to dismiss the initial Complaint on November 2, 2023 (Dkt. 40);

WHEREAS Plaintiffs filed the First Amended Complaint ("FAC") on November 22, 2023 (Dkt. 43);

WHEREAS the Court denied Defendants' motion to dismiss as moot, vacated the hearing on Defendants' motion to dismiss, and set Defendants' time to respond to the FAC as December 12, 2023 (Dkt. 45);

WHEREAS Plaintiffs and Defendants have agreed to extend Defendants' time to respond to the FAC until December 22, 2023;

WHEREAS good cause supports extending Defendants' time for responding to the Complaint to December 22, 2023 because an extension will permit the parties to confer regarding the bases for Defendants' contemplated motion(s) to dismiss and explore avenues for narrowing the issues in dispute;

WHEREAS this is the parties' first request for an extension of time for Defendants to respond to the FAC, and this extension will not alter any deadline other than the time for Defendants to respond to the FAC; and

WHEREAS this Stipulation is without prejudice to any available defenses.

NOW, THEREFORE, pursuant to Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, it is hereby stipulated by and between Plaintiff and Defendants and through their

counsel of record that Defendants' time for responding to the Complaint is extended to December 22, 2023.

**IT IS SO ORDERED.**

Dated: December 1, 2023
/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Dated: November 29, 2023

By: */s/ Stephen McIntyre*
Stephen McIntyre

Ian Simmons (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:   +1 202 383 5300
Facsimile:    +1 202 383 5414
Email:           isimmons@omm.com

Stephen McIntyre (S.B. #274481)
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071
Telephone:   +1 213 430 6000
Facsimile:    +1 213 430 6407
Email:           smcintyre@omm.com

Elizabeth McKeen (S.B. #216690)
Danielle Morris (S.B. #246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone:   +1 949 823 6900
Facsimile:    +1 949 823 6994
Email:           emckeen@omm.com
Email:           dmorris@omm.com

*Attorneys for Defendant Trans Union*

| | |
|---|---|
| Dated: November 29, 2023 | By: /s/ *Heather M. Burke*<br>*(as authorized Nov. 29, 2023)*<br>Heather M. Burke |

Heather M. Burke (S.B. #284100)
Jeremy Ostrander (S.B. #233489)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, California 94306
Telephone:    +1 650 213 0300
Facsimile:    +1 650 213 8158
Email:        hburke@whitecase.com
Email:        jostrander@whitecase.com

Robert Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan Gant (*pro hac vice*)
Kathryn Swisher (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:    +1 212 819 8200
Facsimile:    +1 212 354 8113
Email:        rmilne@whitecase.com
Email:        jpace@whitecase.com
Email:        bgant@whitecase.com
Email:        kathryn.swisher@whitecase.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

| | | |
|---|---|---|
| 1 | Dated: November 29, 2023 | By: /s/ *McGregor W. Scott* |
| 2 | | *(as authorized Nov. 29, 2023)* |
| | | McGregor W. Scott |

Jeffrey S. Spigel (*pro hac vice*)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:   +1 202 737 0500
Facsimile:   +1 202 626 3737
Email:        jspigel@kslaw.com
Email:        cyook@kslaw.com
Email:        emarsteller@kslaw.com

McGregor W. Scott (S.B. #142413)
KING & SPALDING LLP
621 Capitol Mall
Suite 1500
Sacramento, California 95814
Telephone:   +1 916 321 4818
Facsimile:   +1 916 321 4900
Email:        mscott@kslaw.com

*Attorneys for Defendant Equifax, Inc.*

Dated: November 29, 2023       By: /s/ *Bennett Rawicki*
                                    *(as authorized Nov. 29, 2023)*
                                    Bennett Rawicki

Michael Merriman (S.B. #234663)
HILGERS GRABEN PLLC
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232
Email: mmerriman@hilgersgraben.com

Bennett Rawicki (*pro hac vice*)
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: (469) 640-6842
Email: brawicki@hilgersgraben.com

*Counsel for the Plaintiffs and the Proposed Classes*