Bennett Rawicki (*pro hac vice*)
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
brawicki@hilgersgraben.com
(469) 640-6842

*Attorney for the Plaintiffs
and the Proposed Classes*

IAN SIMMONS (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

ELIZABETH MCKEEN (S.B. #216690)
DANIELLE MORRIS (S.B. #246295)
STEPHEN MCINTYRE (S.B. #274481)
O'MELVENY & MYERS LLP
610 Newport Center Dr.
17th Floor
Newport Beach, California 92660
Telephone: +1 949 823 6900
Facsimile: +1 949 823 6994

*Attorneys for Defendant TransUnion*

Robert Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan Gant (*pro hac vice*)
Kathryn Swisher (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: +1 212 819 8200
Facsimile: +1 212 354 8113

*Attorneys for Defendant
Experian Information Solutions, Inc.*

Jeffrey S. Spigel (*pro hac vice*)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: +1 202 737 0500
Facsimile: +1 202 626 3737

*Attorneys for Defendant Equifax Inc.*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. DERRICK ADAMS AND CAPE EMERGENCY PHYSICIANS, P.A., on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., AND TRANSUNION,<br><br>Defendants. | Case No. 2:23-CV-01773-DJC-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Hearing:  February 29, 2024<br>Time:     1:30 PM<br>Place:    Robert T. Matsui<br>          U.S. Courthouse<br>          Courtroom 10<br>          501 I Street<br>          Sacramento, CA 95814<br>Judge:    Hon. Daniel J. Calabretta |

**STIPULATION AND ORDER**

Pursuant to Eastern District of California Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, Plaintiffs Dr. Derrick Adams and Cape Emergency Physicians, P.A., and Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Inc. ("Equifax"), and TransUnion (collectively, "Defendants"), by and through their undersigned counsel, submit this Stipulation and [Proposed] Order for Extension of Time for the Motion to Dismiss Briefing Schedule:

WHEREAS Plaintiffs filed the Amended Complaint in the above-captioned action on November 22, 2023 (Doc. 43);

WHEREAS Defendants filed their Motion to Dismiss Plaintiffs' Amended Complaint on December 22, 2023;

WHEREAS, according to Local Rule 230(c) and 230(d), Plaintiffs' opposition to Defendants' Motion to Dismiss is currently due on January 5, 2024, and Defendants' reply in support of that motion is currently due January 15, 2023;

WHEREAS Plaintiffs and Defendants have agreed that Plaintiffs would have 28 days to respond to Defendants' Motion to Dismiss (January 19, 2024), and Defendants would have 21 days to reply to that response (February 9, 2024);

WHEREAS no scheduling order has been entered in this matter and Defendants accounted for this requested extension when noticing the hearing on the Motion to Dismiss, currently scheduled for February 29, 2024;

WHEREAS the Court has only once before granted an extension to Plaintiffs in this case;

WHEREAS good cause supports extending the Parties' time for responding and replying to the Motion to Dismiss, to provide time for the Parties to do so efficiently and thoroughly;

WHEREAS this Stipulation is without prejudice to any available actions or defenses.

1  NOW, THEREFORE, pursuant to Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, it is hereby stipulated by and between Plaintiffs and Defendants and through their counsel of record that Plaintiffs' time to respond to Defendants' Motion to Dismiss is extended to January 19, 2024, and Defendants' time to reply to that response is February 9, 2024.

**IT IS SO ORDERED.**

Dated:  December 26, 2023          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: December 26, 2023 | By: /s/ *Bennett Rawicki*_____ |
| 2 | | Bennett Rawicki |
| 3 | | Bennett Rawicki (*pro hac vice*)<br>HILGERS GRABEN PLLC<br>7859 Walnut Hill Lane, Suite 335<br>Dallas, TX 75230<br>Telephone: (469) 640-6842<br>Email: brawicki@hilgersgraben.com |

*Counsel for the Plaintiffs and the Proposed Classes*

By: /s/ *Stephen McIntyre* (as authorized December 21, 2023)_____
    Stephen McIntyre

Ian Simmons (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:  +1 202 383 5300
Facsimile:  +1 202 383 5414
Email:      isimmons@omm.com

Stephen McIntyre (S.B. #274481)
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071
Telephone:  +1 213 430 6000
Facsimile:  +1 213 430 6407
Email:      smcintyre@omm.com

Elizabeth McKeen (S.B. #216690)
Danielle Morris (S.B. #246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone:  +1 949 823 6900
Facsimile:  +1 949 823 6994
Email:      emckeen@omm.com
Email:      dmorris@omm.com

*Attorneys for Defendant TransUnion*

| | |
|---|---|
| 1 | |
| 2 | By: /s/ *Heather M. Burke* (as authorized December 21, 2023) |
| 3 |     Heather M. Burke |
| 4 | Heather M. Burke (S.B. #284100)<br>Jeremy Ostrander (S.B. #233489) |
| 5 | WHITE & CASE LLP<br>3000 El Camino Real |
| 6 | 2 Palo Alto Square, Suite 900<br>Palo Alto, California 94306 |
| 7 | Telephone:    +1 650 213 0300<br>Facsimile:     +1 650 213 8158 |
| 8 | Email:           hburke@whitecase.com<br>Email:           jostrander@whitecase.com |
| 9 | Robert Milne (*pro hac vice*) |
| 10 | Jack E. Pace III (*pro hac vice*)<br>Bryan Gant (*pro hac vice*) |
| 11 | Kathryn Swisher (*pro hac vice*)<br>WHITE & CASE LLP |
| 12 | 1221 Avenue of the Americas<br>New York, New York 10020 |
| 13 | Telephone:    +1 212 819 8200<br>Facsimile:     +1 212 354 8113 |
| 14 | Email:           rmilne@whitecase.com<br>Email:           jpace@whitecase.com |
| 15 | Email:           bgant@whitecase.com<br>Email:           kathryn.swisher@whitecase.com |
| 16 | *Attorneys for Defendant Experian Information Solutions, Inc.* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

By: /s/ *McGregor W. Scott* (as authorized December 21, 2023)
McGregor W. Scott

Jeffrey S. Spigel (*pro hac vice*)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:    +1 202 737 0500
Facsimile:    +1 202 626 3737
Email:    jspigel@kslaw.com
Email:    cyook@kslaw.com
Email:    emarsteller@kslaw.com

McGregor W. Scott (S.B. #142413)
KING & SPALDING LLP
621 Capitol Mall
Suite 1500
Sacramento, California 95814
Telephone:    +1 916 321 4818
Facsimile:    +1 916 321 4900
Email:    mscott@kslaw.com

*Attorneys for Defendant Equifax, Inc.*