Ian Simmons (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:     +1 202 383 5300
Facsimile:     +1 202 383 5414

Elizabeth McKeen (S.B. #216690)
Danielle Morris (S.B. #246295)
Stephen McIntyre (S.B. #274481)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone:     +1 949 823 6900
Facsimile:     +1 949 823 6994

*Attorneys for Defendant
TransUnion*

Bennett Rawicki (*pro hac vice*)
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: (469) 640-6842
Email: brawicki@hilgersgraben.com

*Counsel for the Plaintiffs and the Proposed Classes*

Robert Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan Gant (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:     +1 212 819 8200
Facsimile:     +1 212 354 8113

*Attorneys for Defendant Experian
Information Solutions, Inc.*

Jeffrey S. Spigel (*pro hac vice*)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:     +1 202 737 0500
Facsimile:     +1 202 626 3737

*Attorneys for Defendant Equifax, Inc.*

[Additional counsel in signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DR. DERRICK ADAMS, CAPE EMERGENCY PHYSICIANS, P.A., AND AMERIFINANCIAL SOLUTIONS, LLC on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., and TRANSUNION,<br><br>Defendants. | Case No. 2:23-CV-01773-DJC-JDP<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT; ORDER**<br><br>Judge: Hon. Daniel J. Calabretta<br><br>Complaint Filed:  August 22, 2023<br>FAC Filed:  November 22, 2023<br>SAC Filed:  Monday, February 3, 2025 |

1

<u>STIPULATION AND ORDER</u>

2    Pursuant to Eastern District of California Local Rules 143 and 144 and this Court's

3 Standing Order in Civil Actions, Plaintiffs Dr. Derrick Adams, Cape Emergency Physicians, P.A.,

4 and AmeriFinancial Solutions, LLC (collectively, "Plaintiffs"), and Defendants Experian

5 Information Solutions, Inc. ("Experian"), Equifax Inc. ("Equifax"), and TransUnion (collectively,

6 "Defendants"), by and through their undersigned counsel, submit this Stipulation Extending Time

7 to Respond to Second Amended Complaint (the "Stipulation"):

8    WHEREAS Plaintiff Dr. Adams filed the initial Complaint in the above-captioned action on

9 August 22, 2023 (Dkt. 1);

10    WHEREAS Defendants filed their Motion to Dismiss the initial Complaint on November 2,

11 2023 (Dkt. 40);

12    WHEREAS Plaintiffs filed a First Amended Complaint ("FAC") on November 22, 2023

13 (Dkt. 43);

14    WHEREAS the Court denied Defendants' Motion to Dismiss the initial Complaint as moot,

15 (Dkt. 45);

16    WHEREAS Defendants filed their Motion to Dismiss the FAC on December 22, 2023 (Dkt.

17 48) and the Court heard argument on February 29, 2024;

18    WHEREAS the Court granted the Motion to Dismiss the FAC on January 2, 2025 with leave

19 for Plaintiffs to file a Second Amended Complaint ("SAC");

20    WHEREAS Plaintiffs filed a SAC on February 3, 2025 (Dkt. 60);

21    WHEREAS Plaintiffs and Defendants agree to extend Defendants' time to respond to the

22 SAC until March 3, 2025;

23    WHEREAS good cause supports extending Defendants' time for responding to the SAC to

24 March 3, 2025 because an extension will permit the parties to confer regarding the bases for

25 Defendants' contemplated motion(s) to dismiss and explore avenues for narrowing the issues in

26 dispute;

27

28

STIPULATION AND ORDER
2:23-CV-01773-DJC-JDP

WHEREAS this is the parties' first request for an extension of time for Defendants to respond to the SAC, and this extension will not alter any deadline other than the time for Defendants to respond to the SAC; and

WHEREAS this Stipulation is without prejudice to any available defenses.

NOW, THEREFORE, pursuant to Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, it is hereby stipulated by and between Plaintiffs and Defendants and through their counsel of record that Defendants' time for responding to the SAC is extended to March 3, 2025.

**IT IS SO ORDERED.**

Dated:  February 4, 2025                  /s/ Daniel J. Calabretta

                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
2:23-CV-01773-DJC-JDP

1

Dated: February 3, 2025            By: */s/ Stephen McIntyre*

2                                                Stephen McIntyre

3                               Ian Simmons (*pro hac vice*)

                              O'MELVENY & MYERS LLP

4                               1625 Eye Street, NW

                              Washington, D.C. 20006

5                               Telephone:    +1 202 383 5300

                              Facsimile:    +1 202 383 5414

6                               Email:        isimmons@omm.com

7                               Stephen McIntyre (S.B. #274481)

                              O'MELVENY & MYERS LLP

8                               400 South Hope Street

                              18th Floor

9                               Los Angeles, California 90071

                              Telephone:    +1 213 430 6000

10                              Facsimile:    +1 213 430 6407

                             Email:        smcintyre@omm.com

11                             Elizabeth McKeen (S.B. #216690)

                            Danielle Morris (S.B. #246295)

12                             O'MELVENY & MYERS LLP

                            610 Newport Center Drive

13                             17th Floor

                            Newport Beach, California 92660

14                             Telephone:    +1 949 823 6900

                            Facsimile:    +1 949 823 6994

15                             Email:        emckeen@omm.com

                            Email:        dmorris@omm.com

16

17                             *Attorneys for Defendant TransUnion*

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
2:23-CV-01773-DJC-JDP

| | |
|---|---|
| 1 | Dated: February 3, 2025 |
| 2 | |

By: /s/ *Jeremy Ostrander*
   *(as authorized 2/3/2025)*
   Jeremy Ostrander

Jeremy Ostrander (S.B. #233489)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, California 94306
Telephone:    +1 650 213 0300
Facsimile:    +1 650 213 8158
Email:        hburke@whitecase.com
Email:        jostrander@whitecase.com

Robert Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan Gant (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:    +1 212 819 8200
Facsimile:    +1 212 354 8113
Email:        rmilne@whitecase.com
Email:        jpace@whitecase.com
Email:        bgant@whitecase.com

*Attorneys for Defendant Experian Information
Solutions, Inc.*

STIPULATION AND ORDER
2:23-CV-01773-DJC-JDP

| | | |
|---|---|---|
| 1 | Dated: February 3, 2025 | By: /s/ *McGregor W. Scott* |
| 2 | | *(as authorized 2/3/2025)* |
| | | McGregor W. Scott |
| 3 | | Jeffrey S. Spigel (*pro hac vice*) |
| | | Christopher Yook (*pro hac vice*) |
| 4 | | Emily Marsteller (*pro hac vice*) |
| | | KING & SPALDING LLP |
| 5 | | 1700 Pennsylvania Avenue, NW |
| | | Suite 900 |
| 6 | | Washington, D.C. 20006 |

Dated: February 3, 2025    By: /s/ *McGregor W. Scott*
       *(as authorized 2/3/2025)*
       McGregor W. Scott

Jeffrey S. Spigel (*pro hac vice*)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:    +1 202 737 0500
Facsimile:    +1 202 626 3737
Email:         jspigel@kslaw.com
Email:         cyook@kslaw.com
Email:         emarsteller@kslaw.com

McGregor W. Scott (S.B. #142413)
KING & SPALDING LLP
621 Capitol Mall
Suite 1500
Sacramento, California 95814
Telephone:    +1 916 321 4818
Facsimile:    +1 916 321 4900
Email:         mscott@kslaw.com

*Attorneys for Defendant Equifax, Inc.*

Dated: February 3, 2025    By: /s/ *Bennett Rawicki*
       *(as authorized 1/31/2025)*
       Bennett Rawicki

Michael Merriman (S.B. #234663)
HILGERS GRABEN PLLC
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232
Email: mmerriman@hilgersgraben.com

Bennett Rawicki (*pro hac vice*)
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: (469) 640-6842
Email: brawicki@hilgersgraben.com

*Counsel for the Plaintiffs and the Proposed Classes*

STIPULATION AND ORDER
2:23-CV-01773-DJC-JDP