

# United States District Court
# Eastern District of California

Dr. Derrick Adams, et al.,

Plaintiff(s)

V.

EXPERIAN INFO. SOLUTIONS, INC., et al.,

Defendant(s)

Case Number: 2:23-cv-01773-DJC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Marc Petrine hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant TransUnion

On 10/25/2022 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/24/2025            Signature of Applicant: /s/ Marc Petrine

---

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Marc Petrine |
| Law Firm Name: | O'Melveny & Myers LLP |
| Address: | 1625 Eye Street, NW |
| City: | Washington   State: DC   Zip: 20006 |
| Phone Number w/Area Code: | (202) 383-5300 |
| City and State of Residence: | Washington, DC |
| Primary E-mail Address: | mpetrine@omm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Danielle Morris |
| Law Firm Name: | O'Melveny & Myers LLP |
| Address: | 610 Newport Center Drive |
| | 17th Floor |
| City: | Newport Beach   State: CA   Zip: 92660 |
| Phone Number w/Area Code: | (949) 823-6900   Bar # 246295 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 24, 2025

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE