Ian Simmons (*pro hac vice*)
Marc Petrine (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:   +1 202 383 5300
Facsimile:   +1 202 383 5414

Elizabeth McKeen (S.B. #216690)
Danielle Morris (S.B. #246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone:   +1 949 823 6900
Facsimile:   +1 949 823 6994

*Attorneys for Defendant TransUnion*

Bennett Rawicki (*pro hac vice*)
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: (469) 640-6842
Email: brawicki@hilgersgraben.com

*Counsel for the Plaintiffs
and the Proposed Classes*

Robert Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan Gant (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:   +1 212 819 8200
Facsimile:   +1 212 354 8113

*Attorneys for Defendant Experian
Information Solutions, Inc.*

Jeffrey S. Spigel (*pro hac vice*)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:   +1 202 737 0500
Facsimile:   +1 202 626 3737

*Attorneys for Defendant Equifax, Inc.*

[Additional counsel in signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DR. DERRICK ADAMS, CAPE EMERGENCY PHYSICIANS, P.A., AND AMERIFINANCIAL SOLUTIONS, LLC on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., and TRANSUNION,<br><br>Defendants. | Case No. 2:23-CV-01773-DJC-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Hearing: May 1, 2025<br>Time:    1:30 PM<br>Place:   Robert T. Matsui<br>         U.S. Courthouse<br>         Courtroom 10<br>         501 I Street<br>         Sacramento, CA 95814<br>Judge:   Hon. Daniel J. Calabretta |

STIPULATION AND ORDER

Pursuant to Eastern District of California Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, Plaintiffs Dr. Derrick Adams, Cape Emergency Physicians, P.A., and AmeriFinancial Solutions, LLC (collectively, "Plaintiffs"), and Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Inc. ("Equifax"), and TransUnion (collectively, "Defendants"), by and through their undersigned counsel, submit this Stipulation and [Proposed] Order for Extension of Time for the Motion to Dismiss Briefing Schedule:

WHEREAS Plaintiffs filed their Second Amended Complaint ("SAC") in the above-captioned action on February 3, 2025 (ECF 60);

WHEREAS Defendants filed their Motion to Dismiss the SAC on March 3, 2025 (ECF 73), which is scheduled for a hearing on May 1, 2025;

WHEREAS, according to Local Rule 230(c) and 230(d), Plaintiffs' opposition to Defendants' Motion to Dismiss is currently due on March 17, 2025, and Defendants' reply in support of that motion is currently due on March 27, 2025;

WHEREAS Plaintiffs and Defendants have agreed that Plaintiffs have 21 days to respond to Defendants' Motion to Dismiss (March 24, 2025), and Defendants have 21 days to reply to that response (April 14, 2025);

WHEREAS no scheduling order has been entered in this matter and the Parties allowed for time for an extension when noticing the hearing on the Motion to Dismiss, currently scheduled for May 1, 2025;

WHEREAS good cause supports extending the Parties' time for responding and replying to the Motion to Dismiss, to provide time for the Parties to do so efficiently and thoroughly;

WHEREAS this Stipulation is without prejudice to any available actions or defenses.

NOW, THEREFORE, pursuant to Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, it is hereby stipulated by and between Plaintiffs and Defendants and through their counsel of record that Plaintiffs' time to respond to Defendants' Motion to Dismiss is March 21, 2025, and Defendants' time to reply to that response is April 7, 2025.

**IT IS SO ORDERED.**

Dated: March 10, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Dated: March 10, 2025 | | By: /s/ *Bennett Rawicki* |
| | | Bennett Rawicki |

Michael Merriman (S.B. #234663)
HILGERS GRABEN PLLC
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232
Email: mmerriman@hilgersgraben.com

Bennett Rawicki (*pro hac vice*)
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: (469) 640-6842
Email: brawicki@hilgersgraben.com

*Counsel for the Plaintiffs and the Proposed Classes*

Dated: March 10, 2025      By: /s/ *Ian Simmons*
                                (*as authorized March 10, 2025*)

Ian Simmons (*pro hac vice*)
Marc Petrine (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:    +1 202 383 5300
Facsimile:    +1 202 383 5414
Email:        isimmons@omm.com

Elizabeth McKeen (S.B. #216690)
Danielle Morris (S.B. #246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone:    +1 949 823 6900
Facsimile:    +1 949 823 6994
Email:        emckeen@omm.com
Email:        dmorris@omm.com

*Attorneys for Defendant TransUnion*

| | | |
|---|---|---|
|1| Dated: March 10, 2025 | By: /s/ *Bryan Gant* |
|2| | *(as authorized March 10, 2025)* |
|3| | Jeremy Ostrander (S.B. #233489) |
| | | WHITE & CASE LLP |
| | | 3000 El Camino Real |
|4| | 2 Palo Alto Square, Suite 900 |
| | | Palo Alto, California 94306 |
|5| | Telephone:  +1 650 213 0300 |
| | | Facsimile:  +1 650 213 8158 |
|6| | Email:  jostrander@whitecase.com |
|7| | Robert Milne (*pro hac vice*) |
| | | Jack E. Pace III (*pro hac vice*) |
|8| | Bryan Gant (*pro hac vice*) |
| | | WHITE & CASE LLP |
|9| | 1221 Avenue of the Americas |
| | | New York, New York 10020 |
|10| | Telephone:  +1 212 819 8200 |
| | | Facsimile:  +1 212 354 8113 |
|11| | Email:  rmilne@whitecase.com |
| | | Email:  jpace@whitecase.com |
|12| | Email:  bgant@whitecase.com |
|13| | *Attorneys for Defendant Experian Information Solutions, Inc.* |

| | | |
|---|---|---|
| Dated: March 10, 2025 | By: | */s/ Chris Yook* |
| | | *(as authorized March 10, 2025)* |

Jeffrey S. Spigel (*pro hac vice*)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:   +1 202 737 0500
Facsimile:   +1 202 626 3737
Email:        jspigel@kslaw.com
Email:        cyook@kslaw.com
Email:        emarsteller@kslaw.com

McGregor W. Scott (S.B. #142413)
KING & SPALDING LLP
621 Capitol Mall
Suite 1500
Sacramento, California 95814
Telephone:   +1 916 321 4818
Facsimile:   +1 916 321 4900
Email:        mscott@kslaw.com

*Attorneys for Defendant Equifax, Inc.*