| | |
|---|---|
| Bennett Rawicki (*pro hac vice*)<br>HILGERS GRABEN PLLC<br>7859 Walnut Hill Lane, Suite 335<br>Dallas, TX 75230<br>Telephone:    +1 469 640 6842<br>Email:    brawicki@hilgersgraben.com<br><br>*Attorneys for Plaintiffs Dr. Adams, Cape Emergency Physicians, P.A., and AmeriFinancial Solutions, LLC*<br><br>Ian Simmons (*pro hac vice*)<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Telephone:    +1 202 383 5300<br>Facsimile:    +1 202 383 5414<br><br>Elizabeth McKeen (S.B. #216690)<br>Danielle Morris (S.B. # 246295)<br>O'MELVENY & MYERS LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660<br>Telephone:    +1 949 823 6900<br>Facsimile:    +1 949 823 6994<br><br>*Attorneys for Defendant TransUnion* | Robert Milne (*pro hac vice*)<br>Jack E. Pace III (*pro hac vice*)<br>Bryan Gant (*pro hac vice*)<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone:    +1 212 819 8200<br>Facsimile:    +1 212 354 8113<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.*<br><br>Christopher Yook (*pro hac vice*)<br>Emily Marsteller (*pro hac vice*)<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 900<br>Washington, D.C. 20006<br>Telephone:    +1 202 737 0500<br>Facsimile:    +1 202 626 3737<br><br>*Attorneys for Defendant Equifax, Inc.*<br><br>[Additional counsel on signature page] |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO

| | |
|---|---|
| DR. DERRICK ADAMS, CAPE EMERGENCY PHYSICIANS, P.A., AND AMERIFINANCIAL SOLUTIONS, LLC on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., and TRANSUNION,<br><br>Defendants. | Case No. 2:23-cv-01773-DJC-JDP<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER THE COMPLAINT; ORDER**<br><br>Judge:    Hon. Daniel J. Calabretta<br><br>Complaint Filed:    August 22, 2023 |

**STIPULATION**

Pursuant to the Eastern District of California Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, Plaintiffs Dr. Derrick Adams, Cape Emergency Physicians, P.A., and AmeriFinancial Solutions, LLC (collectively, "Plaintiffs"), and Defendants Experian Information Solutions, Inc., Equifax Inc., and TransUnion (collectively, "Defendants"), by and through their undersigned counsel, submit this Stipulation Extending Time For Defendants to Answer the Complaint (the "Stipulation"):

WHEREAS this Court issued an order denying, in part, Defendants' Motion to Dismiss on December 3, 2025 (ECF No. 82);

WHEREAS Defendants' deadline to answer the Complaint is December 17, 2025 (*see* Fed. R. Civ. P. 12(a)(4)(A));

WHEREAS the Parties have agreed to extend the Defendants' deadline to answer the Complaint by thirty (30) days, to January 16, 2026;

WHEREAS no scheduling order has been entered in this matter and this Stipulation will not alter the date of any other deadline;

WHEREAS this is the first requested extension of the Defendants' deadline to answer the Complaint;

WHEREAS  good cause supports extending the Defendants' time for answering the Complaint in light of the complexity of the underlying issues and length of the Complaint, with the additional time enabling Defendants to adequately investigate each allegation in preparing their Answers;

WHEREAS this Stipulation is without prejudice to any available defenses.

NOW, THEREFORE, pursuant to Local Rules 143 and 144 and this Court's Standing Order in Civil Actions, it is hereby stipulated by and between Plaintiffs and Defendants and through their counsel of record that Defendants shall have an additional thirty (30) days, until January 16, 2026, within which to answer the Complaint.

////

////

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: December 11, 2025 | By: /s/ *Ian Simmons* <br>      (as authorized December 11, 2025) |
|   | Ian Simmons (*pro hac vice*) <br> O'MELVENY & MYERS LLP <br> 1625 Eye Street, NW <br> Washington, D.C. 20006 <br> Telephone:   +1 202 383 5300 <br> Facsimile:   +1 202 383 5414 <br> Email:        isimmons@omm.com |
|   | Elizabeth McKeen (S.B. #216690) <br> Danielle Morris (S.B. #246295) <br> O'MELVENY & MYERS LLP <br> 610 Newport Center Drive <br> 17th Floor <br> Newport Beach, California 92660 <br> Telephone:   +1 949 823 6900 <br> Facsimile:   +1 949 823 6994 <br> Email:        emckeen@omm.com <br> Email:        dmorris@omm.com |
|   | *Attorneys for Defendant TransUnion* |
| Dated: December 11, 2025 | By: /s/ *Jeremy Ostrander* <br>      (as authorized December 11, 2025) |
|   | Jeremy Ostrander (S.B. #233489) <br> WHITE & CASE LLP <br> 3000 El Camino Real <br> 2 Palo Alto Square, Suite 900 <br> Palo Alto, California 94306 <br> Telephone:   +1 650 213 0300 <br> Facsimile:   +1 650 213 8158 <br> Email:        jostrander@whitecase.com |
|   | Robert Milne (*pro hac vice*) <br> Jack E. Pace III (*pro hac vice*) <br> Bryan Gant (*pro hac vice*) <br> WHITE & CASE LLP <br> 1221 Avenue of the Americas <br> New York, New York 10020 <br> Telephone:   +1 212 819 8200 <br> Facsimile:   +1 212 354 8113 <br> Email:        rmilne@whitecase.com <br> Email:        jpace@whitecase.com <br> Email:        bgant@whitecase.com |
|   | *Attorneys for Defendant Experian Information Solutions, Inc.* |

| | | |
|---|---|---|
| 1 | Dated: December 11, 2025 | By: /s/ *Christopher Yook* |
| 2 | | (as authorized December 11, 2025) |
| 3 | | Christopher Yook (*pro hac vice*) |
| | | Emily Marsteller (*pro hac vice*) |
| 4 | | KING & SPALDING LLP |
| | | 1700 Pennsylvania Avenue, NW |
| 5 | | Suite 900 |
| | | Washington, D.C. 20006 |
| 6 | | Telephone:    +1 202 737 0500 |
| | | Facsimile:    +1 202 626 3737 |
| 7 | | Email:    cyook@kslaw.com |
| | | Email:    emarsteller@kslaw.com |

McGregor W. Scott (S.B. #142413)
KING & SPALDING LLP
621 Capitol Mall
Suite 1500
Sacramento, California 95814
Telephone:    +1 916 321 4818
Facsimile:    +1 916 321 4900
Email:    mscott@kslaw.com

*Attorneys for Defendant Equifax, Inc.*

Dated: December 11, 2025                    By: /s/ *Michael Merriman*
                                                                       (as authorized December 11, 2025)

Michael Merriman (S.B. #234663)
HILGERS GRABEN PLLC
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone:    +1 619 369-6232
Email:    mmerriman@hilgersgraben.com

Bennett Rawicki (*pro hac vice*)
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone:    +1 469 640 6842
Email:    brawicki@hilgersgraben.com

*Attorneys for Plaintiffs Dr. Adams, Cape Emergency Physicians, P.A., and AmeriFinancial Solutions, LLC*

**IT IS SO ORDERED.**

Dated: December 12, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE