

# United States District Court
# Eastern District of California

| Dr. Derrick Adams et al |
| --- |

Plaintiff(s)

Case Number:  2:23-CV-01773-DJC-JDP

V.

| Experian Information Solutions, Inc. et al |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Emily Newton hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Equifax Inc.

On 12/14/2007 (date), I was admitted to practice and presently in good standing in the State of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/12/2026        Signature of Applicant: /s/ Emily Newton

**Pro Hac Vice Attorney**

Applicant's Name: Emily Newton

Law Firm Name: King & Spalding LLP

Address: 1180 Peachtree Street, NE

Suite 1600

City: Atlanta    State: GA    Zip: 30309

Phone Number w/Area Code: (404) 572-2745

City and State of Residence: Atlanta, GA

Primary E-mail Address: enewton@kslaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: McGregor W. Scott

Law Firm Name: King & Spalding LLP

Address: 621 Capitol Mall

Suite 1500

City: Sacramento    State: CA    Zip: 95814

Phone Number w/Area Code: (916) 321-4818    Bar # 142413

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 01/14/2026            /s/ Daniel J. Calabretta

JUDGE, U.S. DISTRICT COURT