

# United States District Court
# Eastern District of California

| | |
|---|---|
| Dr. Derrick Adams, et al. | Case Number: 2:23-CV-01773-DJC-JDP |
| Plaintiff(s) | |
| V. | |
| Experian Information Solutions, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Alec H. Schultz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs Dr. Derrick Adams, Cape Emergency Physicians, P.A., and AmeriFinancial Solutions, LLC

On _____04/18/2007_____ (date), I was admitted to practice and presently in good standing in the _____Florida Supreme Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____02/02/2026_____    Signature of Applicant: /s/ Alec H. Schultz

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Alec H. Schultz |
| Law Firm Name: | Hilgers PLLC |
| Address: | 1221 Brickell Avenue, Suite 900 |

| | | | | | |
|---|---|---|---|---|---|
| City: | Miami | State: | FL | Zip: | 33131 |

Phone Number w/Area Code: (305) 630-8304

City and State of Residence: Boca Raton, FL

Primary E-mail Address: aschultz@hilgerslaw.com

Secondary E-mail Address: paralegals@hilgerslaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Michael Merriman |
| Law Firm Name: | Hilgers PLLC |
| Address: | 655 West Broadway, Suite 900 |

| | | | | | |
|---|---|---|---|---|---|
| City: | San Diego | State: | CA | Zip: | 92101 |

Phone Number w/Area Code: (619) 369-6232    Bar # 234993

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 3, 2026

_Daniel J. Calabretta_

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE