

United States District Court
Eastern District of California

| | |
|---|---|
| Adams et al. | Case Number: 2:23-cv-01773-DJC-JDP |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Experian Information Solutions, Inc. et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Gina Marie Chiappetta hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Experian Information Solutions, Inc.

On _____05/03/2017_____ (date), I was admitted to practice and presently in good standing in the _____State of New York_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____02/27/2026_____    Signature of Applicant: /s/ Gina Marie Chiappetta

---

**Pro Hac Vice Attorney**

Applicant's Name: Gina Marie Chiappetta

Law Firm Name: White & Case LLP

Address: 1221 Avenue of the Americas

City: New York    State: NY    Zip: 10020-1095

Phone Number w/Area Code: (212) 819-8243

City and State of Residence: New York, NY

Primary E-mail Address: gina.chiappetta@whitecase.com

Secondary E-mail Address: mco@whitecase.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jeremy Ostrander

Law Firm Name: White & Case LLP

Address: 3000 El Camino Real

2 Palo Alto Square, Suite 900

City: Palo Alto    State: CA    Zip: 94306-2109

Phone Number w/Area Code: (650) 213-0375    Bar # 233489

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 27, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE