

# United States District Court
# Eastern District of California

Dr. Derrick Adams, et al.,

Plaintiff(s)

V.

Experian Information Solutions, Inc., et al.

Defendant(s)

Case Number: 2:23-cv-01773-DJC-JDP

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Patrick J. Jones hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant TransUnion

On 07/30/2020 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/22/2026        Signature of Applicant: /s/ Patrick J. Jones

**Pro Hac Vice Attorney**

Applicant's Name:          Patrick J. Jones

Law Firm Name:          O'Melveny & Myers LLP

Address:          1625 Eye Street, NW

City: Washington     State: DC     Zip: 20006

Phone Number w/Area Code: (202) 383-5300

City and State of Residence: Annandale, VA

Primary E-mail Address: pjones@omm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:          Danielle Morris

Law Firm Name:          O'Melveny & Myers LLP

Address:          610 Newport Center Drive

17th Floor

City: Newport Beach     State: CA     Zip: 92660

Phone Number w/Area Code: (949) 823-6900     Bar # 246295

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    April 22, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE