Christopher Yook (*pro hac vice*)
Zoe Beiner (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone:    +1 202 737 0500
Facsimile:    +1 202 626 3737

*Attorneys for Defendant Equifax, Inc.*

Ian Simmons (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:    +1 202 383 5300
Facsimile:    +1 202 383 5414

Elizabeth McKeen (S.B. #216690)
Danielle Morris (S.B. # 246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone:    +1 949 823 6900
Facsimile:    +1 949 823 6994

*Attorneys for Defendant TransUnion*

Robert Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan Gant (*pro hac vice*)
Gina M. Chiappetta (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:    +1 212 819 8200
Facsimile:    +1 212 354 8113

*Attorneys for Defendant Experian
Information Solutions, Inc.*

HILGERS PLLC
Michael Merriman (S.B. # 234993)
mmerriman@hilgerslaw.com
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232

*Counsel for the Plaintiffs
and the Proposed Classes*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| DR. DERRICK ADAMS, CAPE EMERGENCY PHYSICIANS, P.A., AND AMERIFINANCIAL SOLUTIONS, LLC on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., AND TRANSUNION,<br><br>Defendants. | Case No. 2:23-CV-01773-DJC-JDP<br><br>**STIPULATION ON INTERIM DISCOVERY SCHEDULE; [PROPOSED] ORDER**<br><br>**DISCOVERY MATTER**<br><br>Judge:        Hon. Daniel J. Calabretta<br>Magistrate:   Hon. Jeremy D. Peterson |

- 1 -

## STIPULATION AND [~~PROPOSED~~] ORDER

Pursuant to the Court's Scheduling Order (Dkt. No. 88) and L.R. 143, Plaintiffs Dr. Derrick Adams, Cape Emergency Physicians, P.A., and AmeriFinancial Solutions, LLC and Defendants Experian Information Solutions, Inc., Equifax Inc., and TransUnion hereby submit the following Stipulation to establish interim discovery deadlines.

WHEREAS, on January 12, 2026, this Court issued a Scheduling Order in this matter setting a deadline of November 18, 2026 for completion of initial phase fact discovery.

WHEREAS, the Parties believe that establishing interim deadlines for substantial completion of initial phase fact discovery and for the issuance of party deposition notices will assist with efficient exchanges of documents and completion of depositions.

WHEREAS, the Parties understand this stipulation to be a discovery matter under the language of the Scheduling Order. The proposed interim deadlines will not alter or interfere with any deadlines set by this Court in the Scheduling Order.

ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the Parties that the following interim deadlines be established:

- By September 1, 2026, the Parties currently in this case (excluding any plaintiffs added if the Court grants the pending Motion for Leave to File Amended Complaint (Dkt. No. 100)) shall substantially complete their productions of documents, data, and other materials in response to RFPs served as part of initial phase fact discovery;

- The Parties currently in this case shall make rolling productions leading up to the September 1, 2026 substantial completion deadline; and

- By September 18, 2026, for purposes of initial phase fact discovery, the Parties shall serve notices of depositions of the Parties currently in this case.

- 2 -

IT IS SO ORDERED.


Dated:     June 18, 2026     

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION ON INTERIM
DISCOVERY SCHEDULE