Hilgers PLLC
Michael Merriman (S.B. # 234993)
mmerriman@hilgerslaw.com
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232

*Counsel for the Plaintiffs and the Proposed Classes*

Ian Simmons (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

Elizabeth McKeen (S.B. #216690)
Danielle Morris (S.B. # 246295)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: +1 949 823 6900
Facsimile: +1 949 823 6994

*Attorneys for Defendant TransUnion*

Robert Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Bryan Gant (*pro hac vice*)
Gina M. Chiappetta (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: +1 212 819 8200
Facsimile: +1 212 354 8113

*Attorneys for Defendant Experian Information Solutions, Inc.*

Christopher Yook (*pro hac vice*)
Zoe Beiner (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
Telephone: +1 202 737 0500
Facsimile: +1 202 626 3737

*Attorneys for Defendant Equifax, Inc.*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

DR. DERRICK ADAMS, CAPE EMERGENCY PHYSICIANS, P.A., AND AMERIFINANCIAL SOLUTIONS, LLC on behalf of themselves and those similarly situated,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INC., AND TRANSUNION,

Defendants.

Case No. 2:23-CV-01773-DJC-JDP

**STIPULATION ON EXTENDING CLASS CERTIFICATION SCHEDULE AND ORDER**

**DISCOVERY MATTER**

Judge: Hon. Daniel J. Calabretta
Magistrate: Hon. Jeremy D. Peterson

STIPULATION AND ORDER

Pursuant to the Court's Scheduling Order (Dkt. No. 88) and L.R. 143, Plaintiffs Dr. Derrick Adams, Cape Emergency Physicians, P.A., and AmeriFinancial Solutions, LLC and Defendants Experian Information Solutions, Inc., Equifax Inc., and TransUnion hereby submit the following Stipulation to extend deadlines related to Plaintiffs' forthcoming Motion for Class Certification.

WHEREAS, on 1/12/2026, this Court issued a Scheduling Order setting a deadline of 12/16/2026 for Plaintiffs' motion for class certification and initial expert reports pertaining to class certification, and a deadline of 3/19/2027 for expert reports intended solely for rebuttal as to class certification;

WHEREAS, Plaintiffs requested, and Defendants consented, to an approximately one-month extension of the deadline of 12/16/2026 for Plaintiffs' motion for class certification and related expert reports to allow for more time for Defendants to produce data Plaintiffs requested for use in the motion or class certification and related expert reports, and for Plaintiffs to review such data;

WHEREAS, in turn, Defendants requested, and Plaintiffs consented, to an approximately one-month extension of the deadline of 3/19/2027 for Defendants' opposition to class certification and Defendants' rebuttal expert reports;

WHEREAS, the proposed extensions will not alter or interfere with any other deadlines set by the Court in the Scheduling Order.

////

////

////

////

////

////

////

////

////

ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the Parties that the following deadlines be established:

- By 1/15/2027, Plaintiffs shall file their motion for class certification and any supporting expert reports; and
- By 4/16/2027, Defendants shall file their opposition to class certification and any rebuttal expert reports.

IT IS SO ORDERED.

Dated: September 21, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Dated September 18, 2026.

/s/ Bennett Rawicki
Michael Merriman (SBN 234663)
HILGERS PLLC
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.369.6232
mmerriman@hilgerslaw.com

Bennett Rawicki (pro hac vice)
HILGERS PLLC
8750 N Central Expy, Suite 750
Dallas, TX 75231
Telephone: 469.640.6842
brawicki@hilgerslaw.com

Alec H. Schultz (pro hac vice)
HILGERS PLLC
1221 Brickell Avenue, Suite 900
Miami, FL 33131
Telephone: 305.630.8304
aschultz@hilgerslaw.com

Luke Landers (SBN 315475)
HILGERS PLLC
27001 Agoura Road, Suite 350
Calabasas, California 91301
Telephone: 310.692.8385
llanders@hilgerslaw.com

*Counsel for the Plaintiffs and the Proposed Classes*

/s/ Bryan Gant (as authorized on Sept. 17, 2026)
Jeremy Ostrander (SBN 233489)
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
jostrander@whitecase.com

Robert Milne (*pro hac vice*)
Jack Pace (*pro hac vice*)
Bryan Gant (*pro hac vice*)
Gina M. Chiappetta (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
rmilne@whitecase.com
jpace@whitecase.com
bgant@whitecase.com
gina.chiappetta@whitecase.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

/s/ Ian Simmons (as authorized on

/s/ *Christopher Yook* (as authorized on Sept. 17, 2026)
Christopher Yook (*pro hac vice*)
Emily Marsteller (*pro hac vice*)
Zoe Beiner (*pro hac vice*)
Adriana Dunn (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW Suite 900
Washington, D.C. 20006
Telephone: +1 202 737 0500
Facsimile: +1 202 626 3737
Email: cyook@kslaw.com
Email: emarsteller@kslaw.com
Email: zbeiner@kslaw.com
Email: adunn@kslaw.com

Emily Newton (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, GA 30309
Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100
Email: enewton@kslaw.com

McGregor W. Scott (S.B. #142413)
KING & SPALDING LLP
621 Capitol Mall
Suite 1500
Sacramento, California 95814
Telephone: +1 916 321 4818
Facsimile: +1 916 321 4900
Email: mscott@kslaw.com

*Attorneys for Defendant Equifax Inc.*

Sept. 17, 2026)
Ian Simmons (*pro hac vice*)
Patrick J. Jones (*pro hac vice*)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
isimmons@omm.com
pjones@omm.com

Elizabeth McKeen (SBN 216690)
Danielle Morris (SBN 246295)
O'Melveny & Myers LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
emckeen@omm.com
dmorris@omm.com

Eric Rodriguez (SBN 334476)
O'Melveny & Myers LLP
400 South Hope Street
Suite 1900
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
erodriguez@omm.com

*Attorneys for Defendant TransUnion*