Michael Merriman, Cal. Bar No. 234663
**HILGERS PLLC**
mmerriman@hilgerslaw.com
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 369-6232

*Attorneys for the Plaintiffs and the Proposed Classes*

Jeremy Ostrander (SBN 233489)
**WHITE & CASE LLP**
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
jostrander@whitecase.com

*Attorney for Defendant Experian Information Solutions, Inc.*
*[Additional attorneys on signature page]*

Elizabeth McKeen (SBN 216690)
Danielle Morris (SBN 246295)
**O'MELVENY & MYERS LLP**
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
emckeen@omm.com
dmorris@omm.com

*Attorneys for Defendant TransUnion*

McGregor W. Scott (SBN 142413)
**KING & SPALDING LLP**
621 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 321-4818
Facsimile: (916) 321-4900

mscott@kslaw.com
*Attorney for Defendants Equifax Inc. and Equifax Information Services, LLC*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

DR. DERRICK ADAMS, ET AL.,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,

Defendant.

Case No.: 2:23-cv-01773-DJC-JDP

**ORDER GRANTING STIPULATION AND JOINT MOTION TO STAY CASE AND AMEND THE SCHEDULING ORDER**

1. The Parties' Stipulation and Joint Motion to Stay the Case and Amend the Scheduling Order is granted, good cause having been shown.

2. All proceedings and deadlines in the above-captioned matter are stayed until December 28, 2026. This stay does not impact litigation in other districts relating to third-party discovery.

3. All case deadlines are extended as set forth below to allow additional time for discovery in light of Plaintiffs' Third Amended Complaint, which added new claims and parties, and to accommodate the stay:

| Case Deadline | Existing Date | Proposed New Date |
|---|---|---|
| Motion to Dismiss or Answer Third Amended Complaint | 11/10/2026 | 1/27/2027 |
| Initial Phase Fact Discovery Deadline | 11/18/2026 | 2/2/2027 |
| Plaintiffs shall file their motion for class certification and any supporting expert reports | 1/15/2027 | 4/2/2027 |
| Plaintiffs' motion for class certification shall be noticed for hearing by | 7/8/2027 at 1:30 PM | On or before 9/9/2027 at 1:30 PM |
| Fact Discovery Deadline to complete new plaintiff discovery and depositions | None | 5/3/2027 |
| Defendants shall file their opposition to class certification and any rebuttal expert reports | 4/16/2027 | 7/2/2027 |
| Fact Discovery Deadline | 4/7/2028 | 6/6/2028 |
| Plaintiffs' Opening Merits Expert Reports | 4/21/2028 | 6/20/2028 |
| Defendants' Rebuttal Merits | 7/7/2028 | 9/5/2028 |

| | | |
|---|---|---|
| Expert Reports | | |
| Plaintiffs' Merits Expert Reply Reports | 8/18/2028 | 10/17/2028 |
| Expert Discovery Deadline | 9/15/2028 | 11/14/2028 |
| All Dispositive Motions (except motions for continuances, temporary restraining orders, or other emergency applications) | 10/13/2028 | 12/12/2028 |
| All Dispositive Motions (except motions for continuances, temporary restraining orders, or other emergency applications) shall be noticed for hearing by | 2/15/2029 at 1:30 PM | On or before 4/19/2029 at 1:30 PM |
| Final Pretrial Conference | 6/14/2029 at 1:30 PM | 8/16/2029 at 1:30 PM |
| Jury Trial Date | 8/13/2029 at 8:30 AM | 10/15/2029 at 8:30 AM |

Dated: October 29, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE